**SHAMIS & GENTILE, P.A.**
Mariam Grigorian, Esq.
*(Admitted Pro Hac Vice)*
Florida Bar No. 1010510
mgrigorian@shamisgentile.com
14 NE 1st Avenue, Suite 705
Miami, Florida 33132
Telephone: 305-479-2299

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA
PHOENIX DIVISION

| | |
|---|---|
| Cheryl Tellez-Vasquez, individually and on behalf of all others similarly situated, | Case No. 2:21-cv-00152-SPL |
| Plaintiff, | JOINT STIPULATION OF DISMISSAL WITH PREJUDICE |
| vs. | |
| Fort Consulting, LLC d/b/a MUV Arizona, | |
| Defendant. | |

Plaintiff, Cheryl Tellez-Vasquez, and Defendant, Fort Consulting, LLC d/b/a MUV Arizona, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), do hereby stipulate to the dismissal of this action as follows:

1. All claims of the Plaintiff, Cheryl Tellez-Vasquez, individually, are hereby dismissed with prejudice, with each party to bear their own fees and costs.
2. All claims of any unnamed member of the alleged class are hereby dismissed without prejudice.

DATED this 7th day of January, 2022.

Respectfully submitted,

By: */s/ Mariam Grigorian*

**SHAMIS & GENTILE, P.A.**
Mariam Grigorian, Esq.
*(Admitted Pro Hac Vice)*
Florida Bar No. 1010510
mgrigorian@shamisgentile.com
14 NE 1st Avenue, Suite 705
Miami, Florida 33132
Telephone: 305-479-2299

**HIRALDO, P.A.**
/s/ Manuel S. Hiraldo
Manuel S. Hiraldo, Esq.
Florida Bar No. 030380 (pro hac vice)
401 E. Las Olas Boulevard, Suite 1400
Fort Lauderdale, FL 33301
Telephone: 954.400.4713
Email: mhiraldo@hiraldolaw.com

**EDELSBERG LAW, P.A.**
Scott Edelsberg, Esq.
Edelsberg Law PA
20900 NE 30th Ave., Ste. 417

2

Aventura, FL 33180
Telephone: 305-975-3320

scott@edelsberglaw.com

*Counsel for Plaintiff and the Proposed Class*


By: */s/ Gregory T. Everts*
**QUARLES & BRADY LLP**
One Renaissance Square
Two North Central Avenue
Phoenix, AZ 85004-2391
Telephone 602-229-5200
Benjamin C. Nielsen (#029689)
Benjamin.Nielsen@quarles.com
Gregory T. Everts (WI #1001636)
*(Admitted Pro Hac Vice)*
Gregory.Everts@quarles.com
Julia Koestner Wittman (#031707)
Julia.Wittman@quarles.com
Zachary S. Foster (FL Bar #111980)
*(Admitted Pro Hac Vice)*
Zachary.Foster@quarles.com

*Attorneys for Defendant*
