IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Cheryl Tellez-Vasquez,<br><br>　　　　　Plaintiff,<br>vs.<br><br>Roy Grinnell LLC, et al.,<br><br>　　　　　Defendants. | No.  CV-21-00152-PHX-SPL<br><br>**ORDER** |

　　　　Before the Court is the parties' Stipulation of Dismissal (Doc. 45). Pursuant to the parties' stipulation,

　　　　**IT IS ORDERED:**

　　　　1.　　That the Stipulation of Dismissal (Doc. 45) is **granted**;

　　　　2.　　That all claims of Plaintiff Cheryl Tellez-Vasquez, individually, are **dismissed with prejudice** in their entirety;

　　　　3.　　That all claims of any unnamed member of the alleged class are **dismissed without prejudice**.

　　　　4.　　That each party shall bear its own costs and attorneys' fees; and

　　　　5.　　That the Clerk of Court shall **terminate** this action.

　　　　Dated this 7th day of January, 2022.

　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　Honorable Steven P. Logan
　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge